IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES for the use and benefit of THE TRI-M GROUP, LLC,** | **CIVIL ACTION** |
| Plaintiff, | |
| v. | No. 13-4024 |
| **OMEGA SERVICE MAINTENANCE CORPORATION, et al.,** | |
| Defendants. | |

## ORDER

**AND NOW,** this 3rd day of June, 2014, upon consideration of correspondence from counsel representing that the parties have completed settlement in the above matter, it is hereby **ORDERED** that the "Motion of Plaintiff to Vacate Order of Dismissal Pursuant to Local Rule of Civil Procedure 41.1(b) and for Enforcement of Settlement Agreement or in the Alternative Reinstatement of the Civil Action Against Defendants" (Doc. No. 8) is **DENIED** as moot.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**